# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

Masud Omar Ali, Jafar Ahmed, Hamza
Ahmed Billow, Dhulqarnayn Ahmed
Billow, and Hussen Osman,

Case No. 19-cv-2703-WMW-KMM

Plaintiffs,

v.

**STIPULATION OF DISMISSAL
WITH PREJUDICE**

Chipotle Mexican Grill, Inc.,

Defendant.

IT IS HEREBY STIPULATED AND AGREED, by and between the parties

hereto, through their respective counsel, that all parties' claims are hereby dismissed with

prejudice, without fees or costs to any party.

Dated: April 3, 2020

**SIEGEL BRILL, P.A.**

*/s/ Wm. Christopher Penwell*
Wm. Christopher Penwell (#164847)
John M. Dornik (#201844)
100 Washington Avenue S
Suite 1300
Minneapolis, MN 55401
chrispenwell@siegelbrill.com
johndornik@siegelbrill.com
Telephone: (612) 337-6100
Facsimile: (612) 339-6591

*Attorneys for Plaintiffs*

**MADEL PA**

*/s/ Christopher W. Madel*
Christopher W. Madel (230297)
Jennifer Robbins (387745)
Stephen M. Premo (393346)
800 Hennepin Avenue
800 Pence Building
Minneapolis, MN 55403
Phone: (612) 605-0630
Fax: (612) 326-9990
cmadel@madellaw.com
jrobbins@madellaw.com
spremo@madellaw.com

*Attorneys for Chipotle
Mexican Grill, Inc.*