UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| Masud Omar Ali et al., | Case No. 19-cv-2703 (WMW/KMM) |
| Plaintiffs, | |
| v. | **ORDER FOR DISMISSAL WITH PREJUDICE** |
| Chipotle Mexican Grill, Inc., | |
| Defendant. | |

---

Based upon the Stipulation of Dismissal with Prejudice, (Dkt. 29), and all the files, records, and proceedings herein,

**IT IS HEREBY ORDERED** that the above matter is **DISMISSED WITH PREJUDICE** and without costs or disbursements awarded to any party.

LET JUDGMENT BE ENTERED ACCORDINGLY.

Dated: April 6, 2020

s/Wilhelmina M. Wright
Wilhelmina M. Wright
United States District Judge